**FILED**
April 22, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>KENNY B. LU, )<br>)<br>Defendant. ) | CASE NUMBER: 2:10-mj-00109-GGH<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Kenny B. Lu</u>; Case <u>2:10-mj-00109-GGH</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  __   Release on Personal Recognizance

  __   Bail Posted in the Sum of _____

  _X_   Unsecured bond in the amount of <u>$50,000.00 to be co-signed by Bao Lu and Kerry Chau.</u>

  __   Appearance Bond with 10% Deposit

  __   Appearance Bond secured by Real Property

  __   Corporate Surety Bail Bond

  _X_   (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at  <u>Sacramento, CA</u>  on  4/22/10  at  2:50pm.

By  /s/ Kendall J. Newman
Kendall J. Newman
United States Magistrate Judge