FILED
April 22, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> KENNY B. LU, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:10-mj-00109-GGH <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Kenny B. Lu</u>; Case <u>2:10-mj-00109-GGH</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    __    Bail Posted in the Sum of _____

   <u> X </u>    Unsecured bond in the amount of <u>$50,000.00 to be co-signed by Bao Lu and Kerry Chau.</u>

    __    Appearance Bond with 10% Deposit

    __    Appearance Bond secured by Real Property

    __    Corporate Surety Bail Bond

   <u> X </u>    (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on <u>4/22/10</u> at <u>2:50pm</u>.

By <u>/s/ Kendall J. Newman</u>
Kendall J. Newman
United States Magistrate Judge